UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7425 WLH (MRWx) | Date | June 22, 2023 |
|---|---|---|---|
| Title | Johnson v. Walmart | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE RE: SANCTIONS

   1.   Magistrate Judge Wilner held a status conference today regarding settlement proceedings in this civil employment action. (Docket # 27.) The lead defense attorney, Mr. Ross, was on our video call. However, Plaintiff's lead lawyer, Jacob Nalbandyan, failed to attend.

   2.   Instead, he sent a junior colleague and a law clerk to the hearing. Although they performed valiantly, neither Ms. Nercess (not on the docket) nor Ms. Powers (not an attorney) is entitled to appear on behalf of Ms. Johnson in federal court.

   3.   Mr. Nalbandyan is ordered to show cause why he should not be sanctioned for his failure to appear in Court. He will do so by filing a declaration (NTE five pages) by no later than June 30. In his declaration, in addition to explaining his conduct, Mr. Nalbandyan will address the following:

   a. The Court's initial scheduling order in this action couldn't have been clearer. In two separate paragraphs, the Court explained that "the <u>lead</u> attorneys for each side" will attend settlement proceedings; "lead trial counsel <u>must</u> be present for our preliminary call and all subsequent discussions." (Docket # 17) (emphasis in original).) Mr. Nalbandyan will tell me why he disregarded this instruction.

   b. Mr. Nalbandyan's colleagues helpfully told the Court that they thought he was attending a deposition today. I recognize that the Court rescheduled today's session from a different June date owing to an ongoing jury trial. But Mr. Nalbandyan neither requested relief from the new date nor sought to adjourn the deposition to attend our discuss for, say, 15 minutes. He'll explain why.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-7425 WLH (MRWx) | Date | June 22, 2023 |
|---|---|---|---|
| Title | Johnson v. Walmart | | |

      c. Mr. Nalbandyan apparently has inquired about the defense's interest in having the matter privately mediated. However, in the parties' Rule 26 report in December 2022, they jointly requested that the assigned magistrate judge conduct settlement proceedings. That's why I've held two calls in the matter to date, and devoted some amount of time to preparing for those sessions. Mr. Nalbandyan will explain why he now wants to go another route.[1]

    4. After the Court reviews Mr. Nalbandyan's declaration, it will set the matter for further proceedings as appropriate.

---

[1] To be clear, the parties are welcome to resolve the matter in any way they see fit. My concern is about the use – and potential waste – of judicial resources due to Mr. Nalbandyan's change of heart. I also note that Defendant Walmart didn't seem thrilled with the concept of paying for a private mediation.